# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130843-45

MIDLAND COGENERATION VENTURE,
   Petitioner-Appellee,

v

CITY OF MIDLAND,
   Respondent-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130843-45
COA: 254636, 254745, 255066
MTT: 00-242614

   On order of the Court, the application for leave to appeal the February 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

t0724

_____
Clerk